UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| JIMMY SWANN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:12-cv-481 |
| v. | ) |
| | ) COLLIER / LEE |
| MATT MCGUIRE, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Before the Court is a "Motion To Answer The Complaint File On June 25, 2013 By The Defendant" [Doc. 25] filed by *pro se* Plaintiff Jimmy "James" Swann ("Plaintiff"). It is impossible to construe this pleading as a motion of any sort. Instead, the filing appears to be the initial disclosures that Plaintiff stated he mailed prior to the hearing held in this matter on July 12, 2013. The Clerk is **DIRECTED** to term the motion and note in the docket entry that the Court has construed this filing to be Plaintiff's initial disclosures.

Defendant is **DIRECTED** to file a notice within **seven days** to inform the Court whether he is withdrawing his Motion to Dismiss [Doc. 23] now that Plaintiff has made his initial disclosures.

SO ORDERED.

ENTER.

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE